IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **LURENDIA WEST** | : | **CIVIL ACTION** |
| | : | |
| v. | : | No. 21-1541 |
| | : | |
| **C.R. BARD INC. and BARD PERIPHERAL VASCULAR INC.** | : | |

## ORDER

This 17th day of May, 2022, it is hereby **ORDERED** that counsel for Plaintiff is granted leave to withdraw, and Defendants' Motion to Dismiss pursuant to Fed. R. Civ. P. 25(a)(1), ECF 19, is **GRANTED**. This action is **DISMISSED** with prejudice. The Clerk of Court is requested to mark this case **CLOSED** for statistical purpose. Chambers will mail a copy of this memorandum and order to Plaintiff's personal representative.

/s/ Gerald Austin McHugh
United States District Judge